[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

MAY 16 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Chong Hao Su
Plaintiff

v.

Holsten Management Corp
Defendant

1:24-cv-04037
Judge Lindsay C. Jenkins
Magistrate Judge Gabriel A. Fuentes
Cat 2
Random Assignment

## COMPLAINT

Defendant depeived plaintiff of the equal protection to frame a case against plaintiff in vilation of U.S.C §1983. Plaintiff is 76 year old with many illness and can not take care of himself by himself and needs a home helper that Gov. sends with the free. Thus plaintiff did live in public senior Housing that rent was about $180 for 1 bed room Apt. (Gov. paid almost all the rent.) Defendant the manager had no jurisdiction to eict plaintiff. Holsten mangger general Letter showed not to evict. But the manager evicted me when I paid the rent unde my motion. The manager filed the possession application. This application has to wait the tenant owes rent. But my motion prove I did not owe the rent. The possesion applicat had not the court serve record under

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

①

Chong Hao SJ )  United States District Court
Plaintiff )  Northern District of Illinois
  )
  )
v. )
  )
Holsten Managment Corp )
Defendant )

## COMPLAINT

the court record. This possession applicaton did not write the owed rent amount and wrote down "steal sth" without the police report without witness and without an evidence. Thus this company had not the jurisdiction to file possession application under the law. The court should dismiss the case without hearing under the law according to this condition that no wes rent and no any evidecn prove the eviction cause. Because the police already dissmiss the alleged "steal sth" Thus Defendant framed a case againt me and deprived of all civil rights and deprived me of the crime defense rights for continuing the evicting lawsuid. in the circuit court when plaintiff said many motions, the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2

Case: 1:24-cv-04037 Document #: 1 Filed: 05/16/24 Page 3 of 5 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Chong Hao Su
Plaintiff

v.

Holsten Management Corp
Defendant

United States District Court
Northern District of Illinois

## COMPLAINT

defendant always stood the mute for my motion But plaintiff said anyting negative. even court two times orders prohibited to restore the evicting order. twice, Defendant still filed the wrong motion for the eviction that defendant motion had obvious word mistakes. Defendant evicted plaintiff suddenly and caused plaintiff stroke and the homeless. Plaintiff represents the public housing all tenants seeking their shelter protecting. Because Chicago Housing Authority(CHA) paid almost rent, the CHA specified eviction procedure and guideline, does Manager not obey. Anyone can not avoid the old. The senior housing tenants have right to enjoy this welfare Thus the senior public housing tenants need the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

③

```
                              )    United States District Court
                              )    Northern District of Illinois
         Plaintiff            )
                              )
         v.                   )
                              )
                              )
         Defendant            )
```

## COMPLAINT

strict due process produce and construction norm to treat their social welare deprivation. CHA specifid guideline should be allored to controll. Under court record, the judge annulled the Interlo-cutory appeal procedure for the evicting order issu-ance. Even After court twice order to prohibited to restore the eviction, after the appeal court order to prohibit the eviction, the defendant sill evicted Plaintiff. Plaintiff lost all civil right and had no any defense rights. | Plaintiff require. CHA rule for eviction norm on behalf of all seniors public housig Tenants

2. Plaintiff requires to restore. Plaintiff requires to restore the public housig qualification and compen-sation. Defendant must pay the Lease violation and contract Contract Breach Fee and illegal eviction fee......

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Chong Hao Su )
Plaintiff )
)
)
v. )
)
Holsten Managment Corp )
)
Defendant )

United States District Court
Northern District of Illinois

## COMPLAINT

—...etc. Plaintiff has not attorney and a Layman for Law. Plaintiff must talk to all the compeastion with a Legal aid attorney in future. Plaintiff will submit the compensation. Plaintiff will submit all evidences to prove the above matter.

Firstly Plaintiff needs Defendant discover the evidence to prove Defendant had the Jurisdiction for the eviction lawsuit. Plaintiff will submit the compensation

C5

Su      Chong Hao Su 6